** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ANDREW GONZALES | § | |
| VS. | § | CIVIL ACTION NO. 9:20cv131 |
| PAUL REILLEY, ET AL. | § | |

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Andrew Gonzales, an inmate formerly at the Polunsky Unit, proceeding *pro se*, brought the above-styled civil rights complaint.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge entered a Report recommending denying plaintiff's motion for temporary restraining order and for preliminary injunction (docket entry no. 14).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ACCEPTED**. It is therefore

**ORDERED** that plaintiff's motion for injunctive relief is **DENIED**.

So ORDERED and SIGNED, Sep 17, 2021.

Ron Clark
Senior Judge